UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>      Plaintiff,<br><br> v.<br><br>DAMON BROWN, et al,<br><br>      Defendants. | Case No. C18-5826-RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 8], recommending that the Court deny plaintiff's application to proceed *in forma pauperis* [Dkt. 1] and dismiss the complaint [Dkt. 1-1] with leave to file an amended complaint upon payment of the filing fee.

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED;

(3) Plaintiff's complaint (Dkt. 1-1) is DISMISSED with leave to file an amended complaint upon payment of the filing fee within thirty (30) days of the date of this order;

(4) Plaintiff is directed that the amended complaint must contain a short statement of each claim against each named defendant and correct the other deficiencies described in the Report and Recommendation;

(5) Failure to either pay the filing fee or file an amended complaint within thirty (30) days of the date of this order will result in dismissal of this action without further order of the Court;

(6) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 8th day of March, 2019.

Ronald B. Leighton
United States District Judge